# EXHIBIT A

EX A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| NAME: Steven M. O'Neal  STATE BAR NUMBER: 62315 | |

ATTORNEY OR PARTY WITHOUT ATTORNEY    STATE BAR NUMBER: 62315
NAME: Steven M. O'Neal
FIRM NAME: Law Ofice of Steven M. O'Neal
STREET ADDRESS: 7668 El Camino Real, #104-622
CITY: Carlsbad        STATE: CA    ZIP CODE: 02011
TELEPHONE NO.: (619) 239-0500    FAX NO.: (888) 421-2880
EMAIL ADDRESS: soneal@oneal-law.com
ATTORNEY FOR (name): Plaintiff HIRMIZ KHAMO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway, San Diego, CA 92011
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

10/23/2024 1:08:38 PM

Clerk of the Superior Court
By M. Estrada        ,Deputy Clerk

PLAINTIFF: HIRMIZ KHAMO

DEFENDANT: AMAZON .COM, SALES, INC.

[X] DOES 1 TO 10        Inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): PRODUCTS LIABILITY
   [ ] Property Damage    [ ] Wrongful Death
   [X] Personal Injury    [ ] Other Damages (specify):

CASE NUMBER:

24CU019014C

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
   Amount demanded [ ] does not exceed $10,000
               [ ] exceeds $10,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

1. Plaintiff (name or names): HIRMIZ KHAMO

   alleges causes of action against defendant (name or names):
   AMAZON .COM, SALES, INC. and Does 1-10

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

EX A

PLD-PI-001

| SHORT TITLE: KHAMO V. AMAZON .COM, SALES, INC. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   Is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): AMAZON .COM, SALES, INC  c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.         (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.                                 (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):           (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                    (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                               (5) ☐ other (specify):


   b. ☐ except defendant (name):                           d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.         (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.                                 (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):           (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                    (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                               (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-10                    were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-10                    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):


PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

EX A

PLD-PI-001

| SHORT TITLE:<br>KHAMO V. AMAZON .COM, SALES, INC. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. ☐ Motor Vehicle
  b. ☐ General Negligence
  c. ☐ Intentional Tort
  d. ☒ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
  a. ☐ wage loss.
  b. ☐ loss of use of property.
  c. ☒ hospital and medical expenses.
  d. ☒ general damage.
  e. ☐ property damage.
  f. ☐ loss of earning capacity.
  g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages.
     (2) ☐ punitive damages.
  b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) ☒ according to proof.
     (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 23, 2024

STEVEN M. O'NEAL
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

EX A

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| KHAMO V AMAZON.COM SALES, INC | |

FIRST _____ **CAUSE OF ACTION—Products Liability**    Page ___ 4 ___
_(number)_

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_
Plaintiff _(name):_ HIRMIZ KHAMO

Prod. L-1. On or about _(date):_ 8-22-22    plaintiff was injured by the following product:
"Intelligent Breathing Cupping Massage Instrument"

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[ ] used in the manner intended by the defendants.
[✓] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[✓] purchaser of the product.    [✓] user of the product.
[ ] bystander to the use of the product.    [ ] other _(specify):_

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
a. [✓] manufactured or assembled the product _(names):_

[✓] Does 2 _____ to _____
b. [✓] designed and manufactured component parts supplied to the manufacturer _(names):_

[✓] Does 3 _____ to _____
c. [✓] sold the product to the public _(names):_
Amazon .com, Inc.

[✓] Does 1 _____ to _____
Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff _(names):_

[✓] Does 1 _____ to 10 _____
Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants _(names):_

[✓] Does _____ to 10 _____
a. [✓] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written [ ] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EX A